UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
**NOV 17 2006**
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 06-40099 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| JESUS LOPEZ and MARIA JOSEPHINA GUZMAN, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is a Motion to Withdraw, Doc. 62, filed by Attorney Timothy J. Langley, as Defendant Jesus Lopez has now retained Michael W. Hanson as his counsel.

Also pending are two Motions to Continue Plea Deadline and Jury Trial, Doc. 59, and 63, filed by Attorney Michael W. Hanson. After consideration of the same,

IT IS ORDERED:

1. That Timothy J. Langley's Motion to Withdraw, Doc. 62, is granted, and Timothy J. Langley is considered withdrawn as defense counsel for Defendant Jesus Lopez.

2. That the two Motions to Continue Plea Deadline and Jury Trial, Doc. 59, and 63, filed by Attorney Michael W. Hanson, are granted in part and denied in part.

3. That November 24, 2006, is hereby set as the deadline for submission to the Court of any proposed plea agreement by Defendants.

4. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

5. That the jury trial herein shall commence in Sioux Falls, South Dakota, on Tuesday, December 12, 2006, with counsel to be present for motions in limine at 9:00 A.M., and with the jury to report at 9:30 A.M.

6. That the period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense for the Defendants must commence, as the Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated this 17th day of November, 2006.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Larry Margulies_
          DEPUTY